UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                          Chapter 7

CHAD STEVEN ARVOLA                                BKY Case #16-41273
KATIE MARIE ARVOLA
                        Debtors.

_____

**NOTICE OF SALE**

TO:   The United States Trustee, all creditors and other parties in interest.

On **September 1, 2016**, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the debtors named above will sell the estate's interest, if any, in the real estate listed below:

(1)   Rental property located at 837 Aspen Lane, Montrose, MN 55363, with a scheduled value of $150,000.00, subject to a mortgage debt of $141,751.00 at Citizens Alliance Bank, and unpaid taxes in the amount of $3,712.45 (Property ID R-112-042-003070), legally described as follows:

Lot 7, Block 3, Rolling Meadows Third Addition, Wright County, Minnesota.

(2)   Rental property located at 811 Acacia Dr. S., Annandale, MN 55302-3489, with a scheduled value of $200,00.00, subject to a mortgage debt of $159,835.29 at Citizens Alliance Bank, and unpaid taxes in the amount of $4,857.08 (Property ID R-102-0630-003020), legally described as follows:

Lot 2, Block 3, Southbrook Golf and Country Club Fifth Addition, Wright County, Minnesota.

The Trustee is selling this property "as is" and "where is" without any representations and warranties, to CITIZENS ALLIANCE BANK, subject to all liabilities, for $5,500.00.

The Trustee believes that sale of this real estate to CITIZENS ALLIANCE BANK for $5,500.00 is in the best interest of the estate.  The Trustee requests that the stay pursuant to Bankruptcy Rule 6004(g) be waived and shall not apply to this sale.

**OBJECTION: MOTION: HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an

objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 US Courthouse | 300 South 4th Street | (See below) |
| 300 South 4th Street | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated:   August 1, 2016.

/e/ J. Richard Stermer
J. Richard Stermer, Trustee
102 Parkway Dr., P. O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  Chad Steven Arvola
Katie Marie Arvola

CASE NO: 16-41273

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 8/2/2016, I did cause a copy of the following documents, described below,

Notice of Withdrawal of Notice of Sale (Docket 19) ,

Notice of Sale to Citizens Alliance Bank

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/2/2016

/s/ J. RICHARD STERMER
J. RICHARD STERMER  216811
STERMER & SELLNER CHTD.
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265
320 269 6491
jackie.eggers@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  Chad Steven Arvola
        Katie Marie Arvola

CASE NO: 16-41273

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 8/2/2016, a copy of the following documents, described below,

Notice of Withdrawal of Notice of Sale (Docket 19) ,

Notice of Sale to Citizens Alliance Bank

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/2/2016

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
STERMER & SELLNER CHTD.
J. RICHARD STERMER
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
0864-4
CASE 16-41273
DISTRICT OF MINNESOTA
MINNEAPOLIS
MON AUG 1 14-57-53 CDT 2016

GATEWAY ONE LENDING & FINANCE LLC
CO STEWART ZLIMEN & JUNGERS
2277 HWY 36 WEST SUITE 100
ROSEVILLE MN 55113-3896

*EXCLUDE*
~~MINNEAPOLIS~~
~~301 U.S. COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

*EXCLUDE*
~~BANK OF AMERICA~~
~~BUSINESS CARD P.O. BOX 15796~~
~~WILMINGTON DE 19006-5796~~

*EXCLUDE*
~~BANK OF AMERICA~~
~~P.O. BOX 851001~~
~~DALLAS TX 75285-1001~~

BANK OF AMERICA
P.O. BOX 851001
DALLES TX 75285-1001

BANK VISTA
125 TWIN RIVERS CT. P.O. BOX 338
SARTELL MN 56377-0338

BANKWEST
311 10TH AVE. S. #3
BUFFALO MN 55313-2459

BANKWEST
311 10TH AVE. S. STE. 3 P.O. BOX 546
BUFFALO MN 55313-0546

BANKWEST
P.O. BOX 546
BUFFALO MN 55313-0546

BARCLAYCARD
CARD SERVICES
PO BOX 13337
PHILADELPHIA PA 19101-3337

BARCLAYS BANK DELEWARE
BUSINESS CARD SERVICE
PO BOX 23066
COLUMBUS GA 31902-3066

CAN CAPITAL
2015 VAUGN ROAD SUITE #500
KENNESAW GA 30144-7831

CAPITAL ONE
P.O. BOX 6492
CAROL STREA IL 60197-6492

CHASE
CARDMEMBER SERVICE P.O. BOX 94014
PALATINE IL 60094-4014

CHASE
P.O. BOX 78035
PHOENIX AZ 85062-8035

CITI
PAYMENT REMITANCE CENTER P.O. BOX 6426
CAROL STREAM IL 60197-6426

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIZENS ALLIANCE BANK
900 6TH STREET P.O. BOX 280
HOWARD LAKE MN 55349-0280

CREDIT ONE BANK
P.O. BOX 60500
CITY OF INDUSTRY CA 91716-0500

*EXCLUDE*
~~CAPITAL ONE BANK (USA) N.A.~~
~~PO BOX 71083~~
~~CHARLOTTE NC 28272-1083~~

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

GATEWAY ONE LENDING AND FINANCE
160 N. RIVERVIEW DR. SUITE 100
ANAHEIM CA 92808-2293

HUNTINGTON NATIONAL BANK
P.O. BOX 182519
COLUMBUS OH 43218-2519

KABBAGE INC.
P.O. BOX 77081
ATLANTA GA 30357-1081

LOAN ME INC.
PO BOX 5645
ORANGE CA 92863-5645

OLD NAVYSYNCHRONY BANK
OLD NAVYSYNCHRONY BANK P.O. COX 530942
ATLANTA GA 30353-0942

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PHILLIPS AND COHEN ASSOCIATES LTD.
MAIL STOP- 872 1004 JUSTISON STREET
WILMINGTON DE 19801-5148

PRO BUILD
PRO-BUILD ST. CLOUD 2915 ROOSEVELT
RD.
ST. CLOUD MN 56301-9120

PRO BUILD
PROBUILD-ST. CLOUD 2915 ROOSEVELT RD.
ST. CLOUD MN 56301-9120

PRO CONSULTING SERVICES INC.
COLLECTIONS DIVISION P.O. BOX 66768
HOUSTON TX 77266-6768

PROBUILD COMPANY
2915 ROOSEVELT RD
ST CLOUD MN 56301-9120

RYAN ARVOLA
2116 LONGHORN LANE
BUFFALO MN 55313-5600

SECURITY STATE BANK
900 6TH ST. P.O. BOX 280
HOWARD LAKE MN 55349-0280

STANDARD BANK
CARD CENTER P.O. BOX 740846
CINCINATTI OH 45274-5933

STATE FARM BANK
P.O. BOX 23025
COLUMBUS GA 31902-3025

SYCRONY BANK
TJX REWARDSSYNB P.O. BOX 530948
ATLANTA GA 30353-0948

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED RECOVERY SYSTEMS
PO BOX 722929
HOUSTON TX 77272-2929

*EXCLUDE*

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

VALENTINE & KABARTAS INC.
PO BOX 325
LAWRENCE MA 01842-0625

WELLS FARGO
PAYMENT REMITANCE CENTER
PO BOX 51174
CAROL STREAM IL 60179-6426

*EXCLUDE*

WG FINANCING
141 NORTH EAST 3RD AVENUE
MIAMI FL 33132-2207

WINDSET CAPITAL CORPORATION
4168 WEST 12600 SOUTH 2ND FLOOR
RIVERTON UT 84096-7471

~~WRIGHT COUNTY~~
~~011 ACACIA DRIVE~~
~~ANNANDALE MN 55302-3489~~

*DEBTOR*

*EXCLUDE*

WRIGHT COUNTY
913 PALM CIRCLE
ANNANDALE MN 55302-3498

CHAD STEVEN ARVOLA
913 PALM CIRCLE
ANNANDALE MN 55302-3498

~~J. RICHARD STERMER~~
~~STERMER & SELLNER CHTD.~~
~~102 PARKWAY DRIVE~~
~~PO BOX 514~~
~~MONTEVIDEO MN 56265-0514~~

*EXCLUDE*

KATIE MARIE ARVOLA
913 PALM CIRCLE
ANNANDALE MN 55302-3498

~~WILLIAM A VINCENT~~
~~WILLIAM A VINCENT PA~~
~~14525 HIGHWAY 7 STE 305~~
~~MINNETONKA MN 55345-3726~~