UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In Re:                                                          Chapter 7

CHAD STEVEN ARVOLA                                              BKY Case #16-41273
KATIE MARIE ARVOLA
                    Debtors.
_____

**NOTICE OF ABANDONMENT**

TO: The United States Trustee, all creditors, and all parties in interest.

On **October 20, 2017,** or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will abandon property of the estate as follows:

> This Chapter 7 bankruptcy case was filed on April 29, 2016. J. Richard Stermer is the duly appointed trustee in this case.
> The Debtors scheduled their 100% ownership in Arvola Homes, Inc. Arvola Homes, Inc. owned rental property in Wright County, Minnesota, located at 837 Aspen Lane, Montrose, MN 55363, and 811 Acacia Dr. S., Annandale, MN 55302, which have now been sold through the bankruptcy estate.
>
> There is little or no other equity in Arvola Homes, Inc. for the benefit of the bankruptcy estate. The Trustee believes this abandonment is in the best interest of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered or filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 US Courthouse | 300 South 4th Street | (See below) |
| 300 South 4th Street | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: September 20, 2017          /e/ *J. Richard Stermer*
                                   J. Richard Stermer, Trustee
                                   P.O. Box 514
                                   Montevideo, MN 56265
                                   Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: CHAD STEVEN ARVOLA
KATIE MARIE ARVOLA

CASE NO: 16-41273

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 9/20/2017, I did cause a copy of the following documents, described below,

Notice of Abandonment,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/20/2017

/s/ J. RICHARD STERMER
J. RICHARD STERMER  216811
STERMER & SELLNER, CHTD.
102 PARKWAY DRIVE, PO BOX 514
MONTEVIDEO, MN  56265
320 269 6491
jackie.eggers@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: CHAD STEVEN ARVOLA
KATIE MARIE ARVOLA

CASE NO: 16-41273

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 9/20/2017, a copy of the following documents, described below,

Notice of Abandonment,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/20/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
STERMER & SELLNER, CHTD.
J. RICHARD STERMER
102 PARKWAY DRIVE, PO BOX 514
MONTEVIDEO, MN  56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*
1 LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 16-41273
DISTRICT OF MINNESOTA
MINNEAPOLIS
WED SEP 20 12-35-09 CDT 2017

*EXCLUDE*
2 GATEWAY ONE LENDING  FINANCE LLC
CO STEWART ZLIMEN  JUNGERS
2277 HWY 36 WEST SUITE 100
ROSEVILLE MN 55113-3896

3 JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
4500 PARK GLEN ROAD SUITE 300
ST LOUIS PARK MN 55416-4891

*EXCLUDE*
4 MINNEAPOLIS
301 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

5 BANK OF AMERICA
BUSINESS CARD PO BOX 15796
WILMINGTON DE 19886-5796

6 BANK OF AMERICA
PO BOX 851001
DALLAS TX 75285-1001

7 BANK OF AMERICA
PO BOX 851001
DALLES TX 75285-1001

8 BANK VISTA
125 TWIN RIVERS CT PO BOX 338
SARTELL MN 56377-0338

9 BANKWEST
311 10TH AVE S 3
BUFFALO MN 55313-2459

10 BANKWEST
311 10TH AVE S STE 3 PO BOX 546
BUFFALO MN 55313-0546

11 BANKWEST
PO BOX 546
BUFFALO MN 55313-0546

12 BARCLAYCARD
CARD SERVICES
PO BOX 13337
PHILADELPHIA PA 19101-3337

13 BARCLAYS BANK DELEWARE
BUSINESS CARD SERVICE
PO BOX 23066
COLUMBUS GA 31902-3066

14 CAN CAPITAL
2015 VAUGN ROAD SUITE 500
KENNESAW GA 30144-7831

15 CAPITAL ONE
PO BOX 6492
CAROL STREA IL 60197-6492

16 CHASE
CARDMEMBER SERVICE PO BOX 94014
PALATINE IL 60094-4014

17 CHASE
PO BOX 78035
PHOENIX AZ 85062-8035

18 CITI
PAYMENT REMITANCE CENTER PO BOX 6426
CAROL STREAM IL 60197-6426

19 CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

20 CITIZENS ALLIANCE BANK
900 6TH STREET PO BOX 280
HOWARD LAKE MN 55349-0280

21 CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

22 CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

23 DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

*EXCLUDE*
24 GATEWAY ONE LENDING AND FINANCE
160 N RIVERVIEW DR SUITE 100
ANAHEIM CA 92800-2293

25 HUNTINGTON NATIONAL BANK
PO BOX 182519
COLUMBUS OH 43218-2519

26 KABBAGE INC
PO BOX 77081
ATLANTA GA 30357-1081

27 LOAN ME INC
PO BOX 5645
ORANGE CA 92863-5645

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| 28 OLD NAVYSYNCHRONY BANK<br>OLD NAVYSYNCHRONY BANK PO COX 530942<br>ATLANTA GA 30353-0942 | 29 PHILLIPS AND COHEN ASSOCIATES LTD<br>MAIL STOP 872 1004 JUSTISON STREET<br>WILMINGTON DE 19801-5148 | 30 PRO BUILD<br>PROBUILD ST CLOUD 2915 ROOSEVELT RD<br>ST CLOUD MN 56301-9120 |
| 31 PRO BUILD<br>PROBUILDST CLOUD 2915 ROOSEVELT RD<br>ST CLOUD MN 56301-9120 | 32 PRO CONSULTING SERVICES INC<br>COLLECTIONS DIVISION PO BOX 66768<br>HOUSTON TX 77266-6768 | 33 PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSI<br>OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 |
| 34 PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>AS ASSI<br>OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | 35 PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | 36 PROBUILD COMPANY<br>2915 ROOSEVELT RD<br>ST CLOUD MN 56301-9120 |
| 37 RYAN ARVOLA<br>2116 LONGHORN LANE<br>BUFFALO MN 55313-5600 | 38 SECURITY STATE BANK<br>900 6TH ST PO BOX 280<br>HOWARD LAKE MN 55349-0280 | 39 STANDARD BANK<br>CARD CENTER PO BOX 740846<br>CINCINATTI OH 45274-5933 |
| 40 STATE FARM BANK<br>PO BOX 23025<br>COLUMBUS GA 31902-3025 | 41 SYCRONY BANK<br>TJX REWARDSSYNB PO BOX 530948<br>ATLANTA GA 30353-0948 | 42 STATE FARM BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| 43 US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | 44 UNITED RECOVERY SYSTEMS<br>PO BOX 722929<br>HOUSTON TX 77272-2929 | *EXCLUDE*<br>~~45 US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| 46 VALENTINE KABARTAS INC<br>PO BOX 325<br>LAWRENCE MA 01842-0625 | 47 WELLS FARGO<br>PAYMENT REMITANCE CENTER<br>PO BOX 51174<br>CAROL STREAM IL 60179-6426 | 48 WG FINANCING<br>141 NORTH EAST 3RD AVENUE<br>MIAMI FL 33132-2207 |
| 49 WINDSET CAPITAL CORPORATION<br>4168 WEST 12600 SOUTH 2ND FLOOR<br>RIVERTON UT 84096-7471 | 50 WRIGHT COUNTY<br>811 ACACIA DRIVE<br>ANNANDALE MN 55302-3489 | 51 WRIGHT COUNTY<br>913 PALM CIRCLE<br>ANNANDALE MN 55302-3498 |
| 52 WELLS FARGO BANK NA<br>BUSINESS DIRECT DIVISION<br>PO BOX 29482<br>PHOENIX AZ 85038-9482 | *DEBTOR*<br>53 CHAD STEVEN ARVOLA<br>913 PALM CIRCLE<br>ANNANDALE MN 55302-3498 | *EXCLUDE*<br>~~54 J RICHARD STERMER~~<br>~~STERMER SELLNER CHTD~~<br>~~102 PARKWAY DRIVE~~<br>~~PO BOX 514~~<br>~~MONTEVIDEO MN 56265-0514~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*

55 KATIE MARIE ARVOLA
913 PALM CIRCLE
ANNANDALE MN 55302-3498

56 WILLIAM A VINCENT
WILLIAM A VINCENT PA
12 CENTRAL AVE S
PO BOX 100
ELBOW LAKE MN 56531-0100